IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAMILLE GROSDIDIER,<br>Personally and as class representative,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-622C<br>(Judge George W. Miller) |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 60 days, to and including January 5, 2007, within which to respond to plaintiff's complaint. Our response is currently due on November 6, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not oppose the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. Additional time is needed by the agency to review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report. The agency anticipates that the litigation report, including the draft answer to the complaint, will be provided by December 15, 2006.

Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's complaint to and including January 5 , 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

October 25, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 25th day of October 2006, I caused to be sent by regular mail a copy of DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT addressed as follows:

Leslie David Alderman, III
Alderman & Devorsetz
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, DC 20036

________________________________________