**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**

1400 L Street, N.W., Suite 200
Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

CAMILLE GROSDIDIER,
COMPLAINANT,
v.

KENNETH Y. TOMLINSON,
CHAIRMAN,
BROADCASTING BD. OF GOVERNORS,
AGENCY.

Date: September 27, 2004

EEOC CASE NO.
100-2003-08217X

AGENCY CASE NO.
OCR-03-05

## ORDER ENTERING JUDGMENT

For the reasons set forth in the enclosed Decision, judgment in the above-captioned matter is hereby entered for the Agency. A Notice To The Parties explaining their appeal rights is attached to the Decision.

This office is also enclosing a copy of the hearing record for the agency. This office will hold the report of investigation and the complaint file for sixty days, during which time the agency may arrange for their retrieval. If we do not hear from the agency within sixty days, we will destroy our copy of these materials. The agency should contact Hearings Clerk Kimberly Byrd to obtain the investigative record.

*It is so **ORDERED.***

For the Commission:

REBECCA L. DICKINSON
ADMINISTRATIVE JUDGE

**CERTIFICATE OF SERVICE**

For timeliness purposes, it shall be presumed that the parties received the foregoing document within five (5) calendar days after the date they were sent *via* first class mail. I certify that on October 1, 2001, I caused the foregoing document to be sent *via* first class mail to the following:

Delia L. Johnson
Director, Office of Civil Rights
Broadcasting Board of Governors/IBB
330 C Street, SW
Suite 1086
Washington, DC 20237

With hearing record

Camille Grosdidier
1811 T St. NW
Washington, DC 20009

Kasey Sax
Office of the General Counsel
Broadcasting Board of Governors
330 Independence Ave. SW Suite 3349
Washington, DC 20237

Kimberly Byrd
Kimberly Byrd, Legal Technician

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Washington Field Office**
1400 L Street, N.W., Suite 200
Washington, D.C. 20005
(202) 275-7377
TTY (202) 275-7518
FAX (202) 275-6834 & 0025

CAMILLE GROSDIDIER,
COMPLAINANT,
v.
KENNETH Y. TOMLINSON,
CHAIRMAN,
BROADCASTING BD. OF GOVERNORS,
AGENCY.

Date: **September 27, 2004**

EEOC CASE NO.
100-2003-08217X

AGENCY CASE NO.
OCR-03-05

# DECISION

The Complainant filed a formal complaint on December 9, 2002, alleging discrimination in violation of Title VII of the 1964 Civil Rights Act, as amended, 29 U.S.C. §2000e *et seq.* At issue is whether the Complainant was discriminated against based on sex (female) and in reprisal for protected EEO activity when on or about July 22, 2002, she was not selected for the position of International Radio Broadcaster (French), GS-1001-13, advertised under vacancy announcement #M/P - 02-01.

The Agency filed a Motion for Summary Judgment on January 20, 2004.[1] 29 C.F.R. § 1614.109(g)(1)(2004). The Complainant filed a response in opposition on February 3, 2004. 29 C.F.R. § 1614.109(g)(2). The Agency filed a reply on February 10, 2004.[2]

The Commission's regulations provide for summary judgment where there is no genuine issue of material fact or credibility. 29 C.F.R. §1614.109(e); *see Anderson v. Liberty Lobby Inc.,* 477 U.S. 242 (1986); *Celotex Corp. v. Catrett,* 477 U.S. 317 (1986). In making this determination, evidence must be viewed in the light most favorable to the party against whom summary judgment would be issued. *Anderson,* 477 U.S. at 265. In a discrimination case, summary judgment is appropriate where there is no

[1]All prehearing orders and submissions are returned to the Agency EEO office as part of the hearing record. The Agency is required to submit the entire hearing record to the EEOC Office of Federal Operations in the event of an appeal.

[2]The Complainant filed a further response on April 16, 2004. The Agency filed a motion to strike the response on April 27, 2004. The Agency's motion is granted. The Complainant's February 11, 2004, submission is also stricken.

*prima facie* case or, if there is, where the plaintiff fails to proffer evidence that would, if believed, show that the employer's explanation is pretextual. *See Mitchell v. Data General Corp.*, 12 F.3d 1310, 1316 (4th Cir. 1995).[3]

The Complainant is employed as GS-12 International Radio Broadcaster (French) for the Voice of America. Applications for the GS-13 position at issue herein were reviewed, rated and ranked by a three-member screening panel. The Complainant does not allege discrimination by the panel members or challenge her rating or ranking. She was given a score of 92.67 points by the panel, placing her second behind Henry Francisque, who received 98.67 points. Francisque was the selectee. The selecting official was Claude Porsella (male), then-Chief of the French to Africa Service, who supervised all broadcasters and producers. The Complainant had filed three previous complaints against Porsella in October 1999, April 2000 and November 2000.

I find that the Complainant has established a *prima facie* case of sex discrimination and reprisal, since she was nonselected in lieu of a member of the opposite sex[4] and she had a history of complaints

---

[3]An allegation of disparate treatment is analyzed under the three-step process first articulated in *McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973). A plaintiff must first establish a *prima facie* case by presenting some evidence sufficient to infer that unlawful discrimination took place. 411 U.S. at 802. The employer must then provide a rebuttal by producing evidence of a legitimate, nondiscriminatory reason for its action. If it does so, the plaintiff must prove by a preponderance of the evidence that the reason is pretextual. *Id.* at 804; *see also St Mary's Honor Center v. Hicks*, 509 U.S. 502, 511 (1993). To prove pretext, a plaintiff must produce testimony or documentary evidence establishing either that discrimination is the more likely explanation for the defendant's action or that the defendant's stated reason lacks credibility and that discrimination is the true reason. *See Hicks*, 509 U.S. at 514-515.

To make out a *prima facie* case of disparate treatment in regard to a nonselection, a plaintiff must show that s/he applied and was qualified for the position but was nonselected in favor of someone outside his or her protected group(s) or otherwise under circumstances that infer discrimination. *McDonnell Douglas*, 411 U.S. at 802; *Fischbach v. D.C. Department of Corrections*, 86 F.3d 1180, 1182 (D.C. Cir. 1996). To establish a *prima facie* case of reprisal, one must show that s/he engaged in protected activity and was later subjected to an adverse employment action, and that there is a causal connection between the two. *Passer v. American Chemical Co.*, 56 FEP Cases 88 (D.C. Cir. 1991); *Ross v. Communications Satellite Corp.*, 759 F2d 355 (4th Cir. 1985). A causal connection may be inferred where the adverse action occurs soon after the protected activity and appears to be triggered by it. *McNairn v. Sullivan*, 929 F.2d 974, 980 (4th Cir. 1991); *Williams v. Cerberonics, Inc.*, 871 F.2d 452, 457 (4th Cir. 1989).

[4]The Complainant cites as a comparison a male selected for a GS-11 position in 1999 although he was not rank first by a screening panel and asserts that she could similarly should have been selected by (continued...)

against the selecting official. Porsella stated in his investigative affidavit that he chose Francisque because he agreed with the panel's rating. He also stated that

> [The Complainant] can be very difficult to get along with at times[.] ... [The position at issue] required coordination of various programs, staff and functions. As a result, interpersonal and team skills are very important, particularly in light of the fact that one is dealing with multicultural team members. Ms. Grosdidier has the technical skills to do the job; however, as I referred to above and have observed over the years, she tends to relate to people in a way that can cause issues and hurt team relationships. As a result, I followed the recommendation of the panel[.]

Report of Investigation (ROI), Exh. 19, p. 6.

The Complainant has failed to show that this explanation for her nonselection is pretextual. She asserts that her disagreements with others in the office were legitimate. The sheer volume of disputes, with a variety of individuals, however, indicates that she can indeed be difficult to get along with. In addition, two of the three screening panel members gave her a very low rating (two points out of a possible 10) on the relevant rating factor.[5] The tone and substance of the Complainant's own pleadings supports Porsella's explanation for nonselecting her, also. The Complainant, by contrast, produced no affidavits from coworkers stating that she in fact had good interpersonal skills and calling the Agency's assertion into question.

Because the Complainant has not proffered evidence from which I could find that the Agency's explanation for her nonselection is a pretext for sex discrimination or reprisal, I issue summary judgment for the Agency.

Rebecca L. Dickinson

**REBECCA L. DICKINSON**
**ADMINISTRATIVE JUDGE**

---

[4](...continued)
passing over Francisque but that this did not occur because she is a woman. The Agency disputes the Complainant's assertion that the comparison was selected by passing over two female applicants. This factual dispute is immaterial because, in any case, however, this comparison has no probative value.

[5]ROI, Exh. 11. The factor to be rated was "[s]kills in maintaining good relations with other members of staff and promoting staff harmony, while motivating employees to perform at highest level of performance." ROI, Exh. 8, p. 2.

BROADCASTING BOARD OF GOVERNORS
COMPLAINT OF DISCRIMINATION (PLEASE TYPE OR PRINT)

1. Complainant's Full Name: Camille M. GROSDIDIER

2. Your Telephone number (including area code): 202 462-2940
Home ______________
Work 202 203-4125

Street Address, RD. or Post Office Number: 1811 T Street, N.W.

City / State / Zip Code: Washington, D.C. 20009

3. A. Name of Office Which You Believe Discriminated Against You: French to Africa

B. Street Address of Office: 330 Independence Ave., S.W. Suite 1649

C. City / State / Zip Code: Washington, D.C. 20237

4. A. Name of Agency Where You Work: Voice of America

B. Street Address of Your Agency: 330 Independence Ave. S.W.

C. City / State / Zip Code: Wash. D.C. 20237

D. Title and Grade of Your Job: Internatioal Radio Broadcaster French

5. Date on Which Alleged Discrimination Took Place
Month Day Year
07 / 22 / 2002

6. Check Below Why You Believe You Were Discriminated Against
X Race or Color (Give Race or Color) ~~White~~ White
_ Religion (Give Religion) ______
X Sex (Give Sex) _ Male X Female
_ Age (Give Age) ______
_ Disability _ Physical _ Medical
_ National Origin (Give National Origin)
X Reprisal
_ Other

7. Explain Briefly How You Believe You Were Discriminated Against (Treated differently from other employees or applicants) Because of Your Race, Color, Religion, Sex, Age, Disability, National Origin or Reprisal (You may continue your answer on another sheet of paper if you need more space).

I was not selected for GS-13 International Radio Broadcaster position within the French branch of the Africa Division. I feel my non-selectio was based on my sex, color and reprisal for previos EEO complaints.

8. What Corrective Action Do You Want Taken on Your Complaint?

Would like to be promoted to GS-13 level and fair treatment in the work environment. Would like retroactive backpay at the GS-13 level.

9. I Have Discussed My Complaint With an Equal Employment Opportunity Counselor
DATE OF FIRST CONTACT: 09, 04, 2002
DATE OF LAST INTERVIEW: 12, 4, 2002
B) Name of Counselor: Marlene Wright

10. Date of This Complaint
Month Day Year
12, 09, 2002

11. Signature (Complainant's): [signature]

C.G. 12

RCVD 12/09/02 PM 3:34

EXHIBIT NO. 1
PAGE 1

*Broadcasting Board of Governors*
*International Broadcasting Bureau*

*Office of Civil Rights*

**IN REPLY REFER TO: OCR-03-05**

December 19, 2002

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Camille M. Grosdidier
1811 T Street, N.W.
Washington, D.C. 20009

Dear Ms. Grosdidier:

This is in reference to the complaint of discrimination that you filed against the Broadcasting Board of Governors (hereinafter, "Agency") on **December 10, 2002.** Receipt of the complaint was acknowledged on **December 10, 2002,** and assigned Complaint Number **OCR-03-05.** Please refer to this number in all communication regarding the complaint.

Based on a thorough review of the complaint and the EEO Counselor's Report, we have determined that the following claim has been accepted for processing:

> Whether you were discriminated against based on your Race/Color (White), Sex (Female), and Reprisal (prior EEO activity) when as you allege:
>
> On July 22, 2002, you were notified that you were not selected for the position of International Radio Broadcaster (French), GS-1001-13, that was advertised under Vacancy Announcement # M/P – 02 – 81.

If you believe that the claim in the complaint has not been correctly identified, please notify me, in writing, within **10 calendar days** after your receipt of this letter, specifying why you believe the claim has not been correctly identified. If you fail to respond during the specified time frame, the accepted claim will be investigated as identified.

A thorough investigation of the complaint will be conducted by an authorized EEO Complaints Investigator, who will contact you within 30 calendar days of the date of this letter. You will receive a copy of the Report of Investigation within 180 calendar days of the filing of the complaint.

Upon the receipt of the report of investigation, you will be notified in writing of your right to request a hearing and decision from an Equal Employment Opportunity Commission (EEOC) Administrative Judge or request that the Agency issue a final decision without a hearing.

Your request for a hearing must be addressed to the following EEOC Field Office with a copy to this Office:

**Mr. Tulio Diaz**
**Director**
**Equal Employment Opportunity Commission**
**1400 L Street, N.W.**
**Suite 200**
**Washington, D.C. 20005**

Your request for a final decision without a hearing must be forwarded to this office only. If you fail to request a hearing or a final decision without a hearing, the Agency will issue a final decision.

If you are dissatisfied with the final decision (with or without a hearing), you may file a notice of appeal to the EEOC, Office of Federal Operations (OFO), within 30 calendar days after receiving the final decision. Also, you may submit a brief or statement to support your appeal to OFO within 30 calendar days after filing the notice of appeal. At the same time, you must furnish a copy of the supporting brief or statement to the Agency.

Any appeal to the EEOC should be addressed to the **Director, Office of Federal Operations, Equal Employment Opportunity Commission, P.O. Box 19848, Washington, D.C. 20036.**

Instead of an appeal to the EEOC, you may file a civil action in the appropriate Federal District Court within 90 calendar days after receiving the final decision, or if the Agency has not issued a final decision on your complaint, after 180 calendar days from the date the formal complaint was filed. If you file a civil action under Title VII of the Civil Rights Act of 1964, as amended, or the Rehabilitation Act of 1973, as amended, and you do not have, or are unable to obtain the services of a lawyer, you may request the Court to appoint a lawyer to represent you.

In such circumstances as the Court may deem just, the Court may appoint a lawyer and may authorize the commencement of the action without the payment of fees, costs or security. Any such request must be made within the above referenced time limit for filing suit and in such form and manner as the Court may require.

You are further notified that if you file a civil action, you must name the appropriate department or Agency head as the defendant. Failure to name the head of the Department or Agency may result in the loss of any judicial redress to which you may be entitled. **The Chairman of the Broadcasting Board of Governors is Mr. Kenneth Y. Tomlinson.**

If you decide to appeal to the EEOC's Office of Federal Operations, you will still have an opportunity to file a civil action in a Federal District Court within 90 calendar days after

receiving the EEOC's final decision, or 180 calendar days after the date of your initial appeal to the Commission if the EEOC has not rendered a final decision.

With the exception of an EEO Counselor or EEO official, you are entitled to be represented by any individual of your choice during the processing of your complaint. At anytime during this process, you may elect to have your complaint assigned to a mediator in our Alternative Dispute Resolution Program. The mediator will meet with you and the appropriate management official to attempt resolution of the complaint.

If you have further questions, you may contract the Office of Civil Rights at (202) 619-5151.

Sincerely,

Delia L. Johnson

Delia L. Johnson
Director
Office of Civil Rights

Attachment:
EEO Counselor's Report

EXHIBIT NO. 4
PAGE 3

*Broadcasting Board of Governors*

**INTERNATIONAL BROADCASTING BUREAU** [OFFICE OF CIVIL RIGHTS]

**IN REPLY REFER**
**TO: OCR-03-05**

February 4, 2003

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Mr. Stuart L. Plotnick, Esq.
14907 Forest Landing Circle
Rockville, Maryland 20850

Dear Mr. Plotnick:

On December 10, 2002, an Equal Employment Opportunity Complaint of Discrimination was filed by **Ms. Camille M. Grosdidier (OCR-03-05)** against the Broadcasting Board of Governors.

The claim accepted for processing is as follows:

> Whether the Complainant was discriminated against on the bases of her Race/Color (White), Sex (Female) and Reprisal (prior EEO activity) when:
>
> > On July 22, 2002, she was notified that she was not selected for the position of International Radio Broadcaster (French), GS-1001-13, that was advertised under Vacancy Announcement # M/P-02-81.

In accordance with the Equal Employment Opportunity Commission Regulations found at 29 CFR Part 1614.108, you are hereby authorized to investigate all aspects of the above referenced Complaint. Your authorization provides you access to the files, copies of certain documents, and the cooperation of Agency employees who may have relevant knowledge of the matter. All testimony **must** be provided under oath or affirmation without a pledge of confidence.

As you may be aware, there is no pledge of confidentiality for witnesses submitting sworn statements, however, such statements and other related documents gathered during the investigation may contain information about other individuals subject to the non-disclosure provisions of the Privacy Act (Public Law 93-579). Therefore, you must assure the privacy of those persons.

In the event that you are unable to proceed with the investigation due to the Agency's failure to comply with the above requirements, you are requested to contact this office immediately. This office will ensure that a full and impartial investigation is conducted and that the rights of all parties will be protected.

Should you have any questions, you may contact me at (202) 619-5151.

Sincerely,

Delia L. Johnson
Director

Enclosure: Counselor's Report and Formal Complaint

cc: Complainant
VOA/A - Division Director
VOA/A/F - Branch Chief
VOA Director
M/P Personnel Director

EXHIBIT NO. 5
PAGE 2

**Subject:** VACANCY #M/P-02-81
**Resent-From:** ibb-notices@IBB.GOV, voa-notices@VOA.GOV, voanewscom-notices@VOA.GOV
**Date:** Fri, 10 May 2002 10:46:06 -0400
**From:** IBB Notices Administration <notices@IBB.GOV>
**Reply-To:** do-not-reply-to-this-message@IBB.GOV
**Organization:** U.S. International Broadcasting Bureau
**To:** IBB Staff <notices@IBB.GOV>

VACANCY ANNOUNCEMENT

Broadcasting Board of Governors
International Broadcasting Bureau
Washington, DC 20237

VACANCY NUMBER: M/P-02-81

OPENING DATE: 05/13/02

CLOSING DATE: 05/24/02

POSITION: International Radio Broadcaster (French), GS-1001-13

LOCATION: International Broadcasting Bureau
Voice of America
Africa Division
French Branch

AREA OF CONSIDERATION: All Qualified Candidates May Apply

** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL BY 5:00 PM Washington, DC TIME ON THE CLOSING DATE OF THIS ANNOUNCEMENT.***

*** As a result of the U.S. Mail delays currently being experienced in the Washington, DC Metro Area, WE STRONGLY SUGGEST you fax, hand deliver, or use a private delivery/courier service when you submit an application to ensure it is received by the closing date of the announcement. Please be advised that applications submitted via the U.S. Postal Service MAY NOT be received in a sufficiently timely manner to be considered. ***

FAILURE TO SUBMIT ALL REQUIRED MATERIAL (SEE HOW TO APPLY) AND KSA STATEMENTS WILL RESULT IN YOUR APPLICATION NOT BEING CONSIDERED.

When only ONE application or resume is received it will be considered under competitive procedures (DEU Certification) only.

NOTE: Budgetary conditions may delay or otherwise affect filling this vacancy. However, all interested candidates should apply now.

DISPLACED APPLICANTS WILL RECEIVE SPECIAL CONSIDERATION UNDER THE INTERAGENCY CAREER TRANSITION ASSISTANCE PROGRAM (ICTAP).

DUTIES: Incumbent serves as Senior Editor in the French to Africa Branch of the Africa Division. The Branch broadcasts programs consisting of news, news analysis, interviews, features, correspondent reports, backgrounders, live coverage, etc five days a week, three and a half hours a day. Plans and coordinates one of the key show that includes news or feature material. Selects, assigns, and edits adaptations and materials prepared by other staff members. Prepares original material, including reportage, for use in VOA broadcasts that deal with news and features. Discusses programming with the Branch

EXHIBIT NO. 8
PAGE 1

Chief and makes recommendation concerning materials to be used in scripts and on program and staff changes. Shares along with Branch Managing Editor and Branch Chief in preparation of annual performance valuation of staffers. Evaluates translation and voice tests of ndidates applying for position within the Branch.

QUALIFICATION REQUIREMENTS:
GRADE SPECIALIZED EXPERIENCE
GS-13 1 year equivalent to at least the next lower grade level

SPECIALIZED EXPERIENCE: Experience in the use of the broadcast language in radio broadcasting, print, TV, or film journalism. Work must have included writing, editing, and/or voicing broadcast material from English into the broadcast language. This experience must have provided a comprehensive knowledge of the history, customs, and psychology of the target area people, as well as their political, economic, cultural, and social life.

DIRECTIONS FOR COMPLETING THE KSA'S: Consider what in your background indicates you possess each knowledge, skill or ability (KSA). Provide clear, concise examples for each element. Relate your experience to the position for which you are applying. Use examples which show the depth of knowledge, level or skill, or degree of ability you have. You may refer to paid or volunteer work, education or training, hobbies, or any other applicable experience.

SCREEN-OUT FACTOR: Fluency in French language that enables the incumbent to write, report, interview, edit and broadcast in this language.

KNOWLEDGE, SKILLS AND ABILITIES: Relative numerical values equate to a tal of 30 POINTS.
Ability to plan, select, assign, and coordinate numerous elements of one of the key programs in the French Branch. (6) MANDATORY
2. Skills in editing in a tactful way materials of other staff members to enhance the clarity, accuracy and radio style of programming materials. (6) MANDATORY
3. Excellent command of French, including appropriate terminology in fields such as African and world affairs, science, sports, the arts and others. (6) MANDATORY
4. Skills in maintaining good relations with other members of staff and promoting staff harmony, while motivating employees to perform at highest level of performance. (6) MANDATORY
5. Understanding of VOA goals in broadcasting to a regional audience and demonstrated understanding of U.S. foreign and domestic policies. (6) MANDATORY

CONDITIONS OF EMPLOYMENT:
1. Relocation expense WILL NOT be paid.
2. Status applicants MUST meet time-in-grade requirements by the closing date of the announcement.
3. Willingness to work rotating shifts, weekends and holidays.

REASONABLE ACCOMMODATIONS are provided to applicants with disabilities. If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

"Veterans who are preference eligibles or who have been separated from armed forces under honorable conditions after three years or more of ntinuous service may apply."

HOW TO APPLY: Do not attach any additional forms which are not

EXHIBIT NO. 8
PAGE 2

requested in this announcement.

1. Optional Application for Federal Employment (OF-612), a resume, OR any other written format. See outline of information which MUST be furnished ON ALL RESUMES. OF-612 forms can be obtained from any Federal agency personnel office, or you can access assistance for completing a resume by logging on to WWW.USAJOBS.GOV\Resume.

NOTE: Obsolete SF-171 is still acceptable.

2. Written responses to KSA's listed above - addressing each KSA separately must be attached.

3. ICTAP CONSIDERATION: PLEASE ANNOTATE YOUR APPLICATION TO REFLECT THAT YOU ARE APPLYING AS AN ICTAP ELIGIBLE.

Individuals who have special priority selection rights under ICTAP must be well qualified for the position to receive consideration for special priority selection.

ICTAP applicants who meet all the selective and knowledge, skills, and abilities (special rating factors) and earn a score in the top one-third of the rating score range (prior to the assignment of veteran's preference points) will be tentatively identified well-qualified. A final decision that a given ICTAP applicant is well-qualified will be made by the selecting official, and, if appropriate, by the Director of Personnel.

Eligibles must submit a copy of their agency RIF Notice, a copy of their most recent Performance Rating, and a copy of their most recent SF-50 noting current position, grade level and duty station.

STATUS CANDIDATES OR REINSTATEMENT ELIGIBLES: You MUST SUBMIT your most recent Notification of Personnel Action (SF-50) showing tenure group and promotion potential if any. To insure full consideration, status candidates should submit a copy of their most recent performance appraisal.

5. Status candidates wishing to be considered under both merit promotion and competitive procedures MUST submit two applications or resumes, OTHERWISE, your application will only be considered under the competitive procedures.

6. VETERANS: Non-status applicants claiming veteran preference, or eligibility for Veterans Readjustment Appointment, MUST submit a copy of their DD-214, and if disabled, form SF-15 with a letter from the Department of Veterans Affairs showing appropriate proof of disability, dated within the last 12 months.

7. SPECIAL APPOINTMENTS: Non status applicants claiming eligibility for other special appointments, such as handicapped or former Peace Corps/Vista volunteers, must submit proof of eligibility, i.e., letter from the Peace Corps or State Rehabilitation agency. Non-status candidates eligible for special appointment who wish to be considered for both special appointment and competitive procedures must submit two (2) applications or resumes. When only one application or resume is received it will be considered under competitive procedures (DEU Certification) only. Proof of eligibility for special appointment MUST be attached.

SF-181 "RACE AND NATIONAL ORIGIN IDENTIFICATION" and SF-256 "SELF-IDENTIFICATION OF HANDICAP" FORMS: The submission of these two forms is voluntary. The information provided will be used for statistical purposes to monitor applicant responses, and will not be

EXHIBIT NO. 8
PAGE 3

maintained in the personnel office or forwarded to the selection official. Copies of SF-181 and SF-256 can be downloaded from OPM's website at www.OPM.gov/forms.

SUBMIT APPLICATION/RESUME WITH REQUIRED DOCUMENTS TO:

International Broadcasting Bureau
Office of Personnel
Room 1543 Cohen Building
330 Independence Avenue, SW
Washington, DC 20237

*** FOR CONSIDERATION APPLICATION MUST BE RECEIVED IN THE IBB OFFICE OF PERSONNEL BY 5:00 PM WASHINGTON, DC TIME ON THE CLOSING DATE OF THIS ANNOUNCEMENT. ***

FOR MORE INFORMATION REGARDING THIS VACANCY ANNOUNCEMENT,

CONTACT: Diane Sellers, (202) 619-3117
Web page address: http:\\www.ibb.gov

BBG IS AN EQUAL OPPORTUNITY EMPLOYER

*********

Here's what your resume or application must contain (in addition to specific information requested in the job vacancy announcement)

INFORMATION - Announcement number and title and grade(s) of the job or which you are applying.

WORK EXPERIENCE - Give the following information for your paid and nonpaid work experience related to the job for which you are applying. Job Title (include series and grade if Federal job), Duties & Accomplishments, Employer's name & address, Supervisor's name & number, Starting & ending dates (month/year), Hours per week, Salary and indicate if we may contact your current supervisor.

PERSONAL INFORMATION - Full name, mailing address (with Zip Code) and day and evening phone numbers (with area code), Social Security Number, Country of Citizenship, Veterans' Preference, Reinstatement Eligibility and Highest Federal civilian grade held.

OTHER QUALIFICATIONS - Job-related training courses.
Job-related skills, for example, other languages, computer software/hardware, tools, machinery, typing speed.
Job-related certificates and licenses. Job-related honors, awards, and accomplishments, for example, publications, memberships in professional or honor societies, leadership activities, public speaking, and performance awards. (Give dates but do not send documents unless requested)

EDUCATION - High School (Name, city, and State), Date of diploma or GED. Colleges and universities (Name, city, and State), Majors, Type & year of degrees received (if no degree, show total credits earned and indicate whether semester or quarter hours). Send a copy of your lege transcript only if the job vacancy announcement requests it.

HER IMPORTANT INFORMATION - Before hiring, the agency will ask you sign and certify the accuracy of all information in your application.

EXHIBIT NO. 8
PAGE 4

List of Applicants

Henry Francisque
Cameille Grosdidier
Samuel Kiendrebeogo
Idriss Fall

IBB/DELEGATED COMPETITIVE EXAMINING UNIT
CERTIFICATE OF ELIGIBLES

Certificate No. IBB-1-02-120 CAREER OR CAREER CONDITIONAL APPOINTMENT

Audited By: ____________

Audit Date: ____________

Page No. 1 of 1
Issue Date: 06-20-02
Due Date: 09-20-02

INTERNATIONAL RADIO BROADCASTER (FRENCH)
**GS-1001-13**
**Washington, DC**

**The "Rule of Three"**

***Selection must be made from the highest three eligible on the certificate who are available for the job – the "rule of three"***

98.67 NV FRANCISQUE, HENRY 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 √ Selected
92.67 NV GROSDIDIER, CAMILLE 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
89.33 NV KIENDREBEOGO, SAMUEL 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
88.00 NV FALL, IDRISS 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

NV-Non-Veteran

Claude PORSELLA, Branch Chief 6/21/02
Selecting Official's Signature & Possible EOD

APPOINTING AUTHORITY: IBB-1-02-120

EXHIBIT NO. 11
PAGE 2

THIS CERTIFICATE IS VALID ONLY FOR THE POSITION, TITLE, SERIES GRADE(S) AND LOCATION INDICATED ABOVE.

**DELEGATED AMINING UNIT**
**RATING TAB IONS SHEET**

Position: Internationational Radio Broadcaster (French), GS-100-13

Panel Member: Fredrica Depew [signature]

Announcement Number: M/P-02-81

Date 6/6/02

| CANDIDATES | F#1 | F#2 | F#3 | F#4 | F# 5 | F#6 | F#7 | TOTAL POINTS |
|---|---|---|---|---|---|---|---|---|
| Fall, Idrissa | 2 | 2 | 2 | 2 | 2 | | | 10 |
| Francisque, Henry J. | 6 | 4 | 6 | 6 | 6 | | | 28 |
| Grosdidier, Camille M | 6 | 6 | 4 | 6 | 4 | | | 26 |
| Kiendrebeogo, Samuel T. | 4 | 2 | 2 | 4 | 6 | | | 18 |

Fredrica Depew
GS-1001-13 IRB
E-TI-A
203-4059
fdepew@VOANews.com

EXHIBIT NO. 11
PAGE 3

**DELEGATED ‘MINING UNIT**
**RATING TAB. .TIONS SHEET**

Position: International Radio Broadcaster (French), GS-100-13__

Announcement Number: M/P-02-81

Panel Member: Dahren Luo [signature]

Date 6/6/02

| CANDIDATES | F#1 | F#2 | F#3 | F#4 | F# 5 | F#6 | F#7 | TOTAL POINTS |
|---|---|---|---|---|---|---|---|---|
| Fall, Idrissa | 4 | 4 | 6 | 4 | 4 | | | 22 |
| Francisque, Henry J. | 6 | 6 | 6 | 4 | 6 | | | 28 |
| Grosdidier, Camille M | 6 | 4 | 6 | 2 | 6 | | | 24 |
| Kiendrebeogo, Samuel T. | 4 | 6 | 6 | 4 | 4 | | | 24 |

Dahren Luo
GS-1001-14
Supv. IRB
China Branch
619-3706
dalUO@VOANews.com

EXHIBIT NO. 11
PAGE 4

**DELEGATE[illegible]XAMINING UNIT**
**RATING TA[illegible] TIONS SHEET**

Position: Internationational Radio Broadcaster (French), GS-100-13__

Announcement Number: M/P-02-81

Panel Member: Jennifer Parmelee Jennifer Parmelee

Date 6/11/02

| CANDIDATES | F#1 | F#2 | F#3 | F#4 | F# 5 | F#6 | F#7 | TOTAL POINTS |
|---|---|---|---|---|---|---|---|---|
| Fall, Idrissa | 4 | 4 | 4 | 4 | 6 | | | 22 |
| Francisque, Henry J. | 6 | 6 | 6 | 6 | 6 | | | 30 |
| Grosdidier, Camille M | 4 | 4 | 4 | 2 | 4 | | | 18 |
| Kiendrebeogo, Samuel T. | 2 | 2 | 4 | 4 | 4 | | | 16 |
| | | | | | | | | |
| | | | | | | | | |

Jennifer Parmelee
GS-1001-13
Supv. IRB
Hann-to-A
203-4031
JParmele@VOA.gov

EXHIBIT NO. 11
PAGE 5