**Broadcasting Board of Governors (BBG)**
**International Broadcasting Bureau (IBB) and Voice of America (VOA)**

# FORMAL COMPLAINT OF DISCRIMINATION

You must complete this form to file a FORMAL complaint of discrimination based on race, color, religion, sex (including sexual harassment and sexual orientation), national origin, age (include date of birth), physical or mental disability, and/or retaliation (engaged in prior EEO activity). Please type or print the following information.

1. Complaint's Name (Mrs. Ms. or Mr.)
GROSDIDIER, Camille Marie

2. Postmark/Date Complaint Received in BBG/IBB/OCR

3. Home Address, RD, or Post Office Number and Telephone Number Cell Telephone and E-mail Address (optional, provide if necessary)
1811 T st NW
Washington, D.C. 20009
camilleg@voanews.com.

4. Employee Status:
- [x] ___Employee
- [ ] ___Applicant
- [ ] ___Former Employer
- [ ] ___Contractor (POV)
- [ ] ___Other (Please specify)

5. Office, Address, Tel. No. Where Alleged Discriminatory Act Occurred
(202) 462 2940 (H)
(202) 203 4125 (w)

6. Date(s) of Alleged Discriminatory Act(s)
03-31-06
04-02-06

7. Please Indicate Basis(es) of Formal Complaint
- [x] Race (Specify) white
- [ ] Color (specify)
- [ ] Religion (Specify)
- [x] Sex (Specify) F
- [x] National Origin (Specify) American
- [ ] Age (Specify) (Date of Birth)
- [ ] Disability (Specify) (Mental or Physical)
- [x] Reprisal (Specify) Dec. 10, 2002 (Date of Prior EEO activity)

8. Issue(s) in the Formal Complaint (Give specific details concerning action or actions giving rise to the complaint, specify, dates, witnesses, alleged responsible individuals, etc., including last instance of alleged discrimination and the date on which discriminatory act occurred.)
See statement provided to EEO.

9. Have you filed a grievance under a negotiated grievance procedure on this matter? ___Yes ✓No
If yes, provide date grievance was filed.

10. Have you discussed your allegations of discrimination with an EEO Counselor ✓Yes ___No If no, you must first contact an EEO Counselor about your allegation(s). If yes, you must provide the following information.
EEO Counselor's Name Keith L. Seat
Date of Initial Contact with EEO Counselor May 17 2006 Date of Final Interview with EEO Counselor June 21, 2006

11. What type of corrective action or remedy are you seeking?
Promotion to GS-13, back pay.

12. Date Complaint Filed July 5th 2006 Signature of Complainant [signature]

**IMPORTANT: YOU MUST SIGN AND DATE THIS FORMAL COMPLAINT**

BBG, IBB and VOA Revised 09/29/05



RCVD 07/05/06 PM 1:18 1 of 1

# Statement on Pretext

Copies of the affidavits and documents transmitted to my attention clearly support my claim that my non-selection for M/P-06-27 was the result of deliberate discrimination on the part of French Branch Chief Idrissa Seydou Dia, the selecting panel and the office of Personnel of the Voice of America.

***Selecting Panel***

1. The Selecting Panel clearly did not refer to M/P-06-27 KSA requirements when making its decision. None of the three panel members submitted a rating of candidates based on the KSA, but opted for "100 point system," with a general statement of support in favor of Timothee Donangmaye based on criteria irrelevant to the KSA.

2. The panel states it recommended Mr. Timothee Donangmaye to serve as multimedia Senior Editor because of his leadership qualities, commenting: "It became clear to panel members that Mr. Donangmaye is indeed a leader – in a quiet but firm way that is definitely an asset in a high profile management position."

The panelists simultaneously argue that leadership and supervisory skills were not considerations. The panel members, in fact, stated that supervisory experience was not a factor, in an apparent attempt to justify discounting my proven supervisory experience.

3. Referring to me, panel member Andre de Nesnera writes on his affidavit that "No, she wasn't rated on her supervisory experience." This statement is contradicted by the affidavits of the two other panel members, Diane Butts and Sandra Lemaire, by the notes kept by Diane Butts of her interviews with the candidates, and by the Panel's recommendation to promote Mr. Donangmaye for his leadership qualities – a document prepared and signed by Mr. De Nesnera. Furthermore, I distinctly remember that it was Mr. De Nesnera who took the lead during my interview with the Panel in questioning me about my leadership skills. "A GS-13 is a supervisory position," he stated, while Ms. Butts and Ms. Lemaire nodded approvingly, and he asked me to detail to the panel my previous experience managing my colleagues – which I did.

4. Mr. De Nesnera and Sandra Lemaire disposed of the notes they took during my interview. I believe this to have been in violation of the Agency's document retention policies. This also raises the issue of why Mr. De Nesnera so readily disposed of his notes, since he admits to being aware of my prior EEO activity.

5. If the panel had referred to the KSA to rate the candidates, it would have had to focus on the fact that the candidate it rated second, Rachid Jaafar, 85 points, in fact did not have some key skills listed in the KSA and was unqualified for the position. In his resume and KSA, Mr. Jaafar does not list any working experience with a French language news organization or company. He worked exclusively in Arabic. Mr. Jaafar mentions he translated material from French into Arabic, which is very different from translating from Arabic into French. Furthermore, Mr. Jaafar does not list any training/experience with the

VOA Commonspot training program, which I completed before Mr. Donangmaye's promotion was announced. Based on the KSA, there was no justification for the panel's decision to rate him higher than me. Office of Personnel offers conflicting description of M/P-06-27. In its "Position Description", Personnel states in box 11. that the Position is "Neither" Supervisory nor managerial. Yet applicants were rated by the panel on their supervisory skills. And the details of the duties listed as attachment to the Position Description make it clear this is a Supervisory/Managerial position. Furthermore, the Office of Personnel in its APPENDIX B, APPLICANT LISTING on Vacancy M/P-06-27 states that this is NOT a Bargaining unit position. Non Bargaining unit positions are usually Supervisory/managerial positions. This raises the issue of whether, and more importantly why, the Office of Personnel was trying to hide the fact that M/P-06-27 was a managerial/supervisory position.

***Office of Personnel of the VOA/IBB***

1. In her March 2, 2006 Memorandum to Idrissa Dia, Personnel Specialist Janice Albritton-Pollock includes a Certificate No. IBB-1-06-49/EXCEPTED in which it is stated:

> A non-citizen may be selected in the presence of a qualified U.S. citizen if, after full and fair consideration of all candidates against the job requirements, the selecting official determines that the non-citizen is *better qualified* than the U.S. citizen and the superior qualifications of the non-citizen are supported by acceptable written documentation provided by the selecting official. The following non-citizen candidate (s) are referred for consideration for appointment in the Excepted Service under the provisions of MOA V-A 820." -- The names include Timothee Donangmaye. (*emphasis added*).

However, the MOA V-A 822.1 Employment and Promotion reads:

> [A] non-U.S. citizen may be appointed only after reasonable efforts to recruit *equally or better qualified* U.S. citizens have been made and have been unsuccessful. A non-U.S. citizen may be employed or promoted only if no equally or better qualified U.S. citizen is available to perform the duties of the position. (*emphasis added*).

Mr. Donangmaye's selection was in violation of the MOA, a fact that supports the argument that the Agency's explanation is a pretext for prohibited discrimination. The Office of Personnel additionally appears to be attempting to conceal the Agency's violation of the MOA.

2. The Office of personnel has a record of tailoring Vacancy Announcement to pre-selected candidates. When I applied for M/P-02-81 in 2002, it also appeared as a non-managerial/supervisory position when the KSA clearly indicated that the applicant would

have to "motivate employees to perform at highest level of performance," a managerial duty. That position, for which I was found qualified, went to my Haitian colleague Henry Francisque, a non- U.S. citizen.

***French Branch Chief Idrissa Seydou Dia.***

1. Documents/Affidavits collected by the investigator clearly show that Mr. Dia had pre-selected Mr. Donangmaye, which provides additional support to the argument that the Agency's explanation is a pretext for prohibited discrimination.

2. At the time Mr. Dia announced that the GS-13 promotion would be listed, only Mr. Donangmaye fully qualified for it within the French branch, since he was the only GS-12 to have already proceeded with some Commonspot Internet training. This is confirmed by the Affidavit from GS-12 French Branch staffer Samuel Kiendrebeogo and by Mr. Dia's March 22, 2009 Memorandum to Prell Murphy, Chief of Operations. In that memo, Mr. Dia states as a reason for not selecting me: "As of the date of the panel meeting and interviews, Ms. Grosdidier has never dealt with our Web site, nor has she taken by then the required courses for CommonSpot." Mr. Dia also prejudiced me by not stating that I was registered to take all CommonSpot courses and finished all training on March 23rd, less than 24 hours after he told Mr. Murphy of his decision to promote Mr. Donangmaye. Mr. Dia also hid the fact that Mr. Donangmaye took the last course, CommonSpot 3, only a few days before I did. Furthermore, at the same time Mr. Dia underlines that U.S. citizen Rachid Jaafar, who had the second highest score from the panel, has "experience more relevant to the Arab world." Clearly then, Mr. Dia knew by the time the position was advertised that only Mr. Donangmaye would qualify for the job since he was looking for "African" experience, even if it was not required by the KSA.

It is clearly inaccurate for Mr. Dia to claim that Mr. Donangmaye has more experience than other candidates, including myself. I have 25 years of proven experience as a journalist, including almost 20 years with the French Branch. Mr. Donangmaye's resume shows he worked only four years for the Tchadian news agency, a small African agency. When he arrived in the U.S., he worked in a department store as a salesperson . He was only hired by the French Branch in 1999 and during his three years as POV, his duties were limited to answering audience mail, or preparing the Sports show with no supervisory responsibilities. At a time I was myself already supervising colleagues in preparing and hosting our news magazine, "Journal Parle."

3. Mr. Dia further justifies Mr. Donangmaye's selection by stating that "his extensive knowledge and familiarity with African political, economic and cultural environments is not met by any of the other candidates." Yet this requirement is not listed in the M/P-06-27 KSA . On the contrary, the KSA requires "Knowledge of world affairs and U.S. foreign policy, as well as contemporary political, economic, cultural and social developments and trends in the U.S. Mr. Dia clearly selected Mr. Donangmaye because he is a black African.

4. Mr. Dia states to the Board that he is motivated by the fact that "French to Africa will always be at a competitive disadvantage vis-a-vis other International Broadcasters by continuing to have only one leg in a three-legged multimedia environment. For instance, it has not been possible recently for the Service to post some very important documents and videos pertinent to U.S. policy and Africa on our website." And yet, since promoting Mr. Donangmaye, Mr. Dia has failed to make use of the fact that myself, Samuel Kiendrebeogo, Idriss Fall, Callie Rerodo, to name a few, have been trained in Commonspot and could assist in our multimedia effort. Instead, our Internet site has been allowed to go without updates, sometimes for days, when Mr. Donangmaye has not been able to tend to it. It would seem that Mr. Dia used the French Branch need for multimedia as a pretext to promote Mr. Donangmaye.

5. In his affidavit, Mr. Dia states that "Sex has nothing to do with (Grosdidier) non-selection." To my contention that only one woman has been promoted to GS-13 from within the French Branch Service in 46 years, Mr. Dia simply answers that "I've been Chief of the French to Africa Service for only the last two years." Mr. Dia joined the French Branch more than 30 years ago and surely remembers that when he was promoted to GS-13, our former colleague Josette Mohler filed an EEO action and prevailed, as my previous 2002 EEO complaint documents. Mr. Dia knows that when he was promoted to GS-14 in 2005, the position was advertised four times until he was the only candidate left, and that a qualified female U.S. citizen, Misha de Commarmond, did not get the job because it had been "reserved" for him (an e-mail from Mr. Dia documenting this fact has already been submitted to EEO but is provided again). By refusing to comment on the issue of sex and the failure of the French branch to promote more than one woman to GS-13 level since it began airing its programs, Mr. Dia is confirming there is an issue.

[signature] 09-08-06

Camille M. Grosdidier
1811 T st N W
Wash. D.C. 20009

Sam Langerman 9/8/06



4. cg.

*Broadcasting Board of Governors*

**INTERNATIONAL BROADCASTING BUREAU**

IN REPLY REFER TO: **OCR-06-23**

July 18, 2006

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

Ms. Camille M. Grosdidier
1811 T Street, N.W.
Washington, DC 20009

Dear Ms Grosdidier:

This is in reference to the complaint of discrimination filed by you against the Broadcasting Board of Governors (hereinafter, "Agency") on July 5, 2006. Receipt of your complaint was acknowledged on July 5, 2006, and assigned Complaint Number OCR-06-23. Please refer to this number in all communication regarding the complaint.

Based on a thorough review of the complaint and the EEO Counselor's Report, the following claim has been accepted for processing:

> Whether you were discriminated against due to your Race (White), Sex (female), National Origin (American) and reprisal (engaging in prior protected EEO activity) when on April 3, 2006, you were notified that you were not selected for the position of International Broadcaster (French) , GS-1001-13, advertised under Vacancy Announcement No. M/P-06-27.

If you believe that the claim in your complaint has not been correctly identified, please notify me, in writing, within 10 calendar days after your receipt of this letter, specifying why you believe the claim has not been correctly identified. If you fail to respond during the specified time frame, the accepted claim will be investigated as identified.

Pursuant to Title 29 Code of Federal Regulations (CFR) §1614.108, a thorough investigation of your complaint will be conducted by an authorized EEO Complaints Investigator, who will contact you within 30 calendar days of the date of this letter. The regulations require that the investigation be completed within 180 days of filing. The time period may be extended voluntarily no more than an additional 90 days upon a written agreement between you and an official of this Office.

If your complaint is not resolved before the completion of the investigation, a copy of the Report of Investigation will be mailed to you with appropriate instructions.

You may be assured that your complaint will be processed in accordance with the provisions of 29 CFR §1614.106 through §1614.110. At anytime during this process, you may elect to have



330 Independence Avenue, SW Washington, DC 20237

your complaint assigned to a mediator in our Alternative Dispute Resolution Program. The mediator will meet with you and the appropriate management official(s) to attempt resolution of the complaint. Should you have any questions, you may contact me at (202) 619-5151.

Should you have any questions of a procedural nature, you may contact me at (202) 619-5151.

Sincerely,

Delia L. Johnson
Director

Enclosure: EEO Counselor's Report

**Panel reviewing applications for the position of International Broadcaster (French), GS-1001-13 Panel members:** Diane Butts, Sandra Lemaire and André de Nesnera

The panel met on Tuesday morning March 7th, 2006, in the Africa Division's Conference Room to review six applicants: four outside candidates and two from VOA's French to Africa Service. Three candidates were interviewed by phone and three in person.

The panel unanimously recommends Timothee Donangmaye to serve as multi-media Senior Editor, responsible for the Website TV and radio programming in the French to Africa Service.

The panel was impressed by Mr. Donangmaye's experience in all three facets of the multi-media structure. He is first and foremost a journalist with a strong background in radio and excellent credentials in print in French speaking Africa, before coming to VOA. On the television side, he has been intricately involved in the French Service's flagship program "Washington Forum" since its inception in 2001, serving as senior editor and program host. And when the "age of the internet" dawned on VOA, Mr. Donangmaye embraced it fully, volunteering his services to the fledgling French internet section and learning CommonSpot in his spare time. Mr. Donangmaye continues to impress by his thirst for knowledge, especially as it pertains to new technologies.

During the interview process, it became clear to panel members that Mr. Donangmaye is a "people person." He constantly talked about "team building" and "listening to others" – a quality all too often lacking in leaders. He talked about overcoming challenges "before they explode." It also became clear to panel members that Mr. Donangmaye is indeed a leader – in a quiet but firm way that is definitely an asset in a high profile management position. Mr. Donangmaye also understands the challenges facing the French to Africa Service as it embarks to fully integrate radio, television and the internet in the years to come.

Overall, the panel believes that Mr. Donangmaye brings journalistic integrity consistent with VOA's Charter. Coupled with his experience in radio, television and the internet, you have a journalist eminently qualified for this important position in the French to Africa Service.

Rating of candidates (from 0-100): Timothee Donagmaye 90; Rachid Jaafar 85; Camille Grosdidier 80; Hadji Bachir 75; Ali Akkache 60; Esai Destinoble 55.

Diane Butts     Sandra Lemaire     André de Nesnera

# BROADCASTING BOARD OF GOVERNORS

Agency: Broadcasting Board of Governors

Job Announcement Number: **M/P-06-27**

International Broadcaster (French), GS-1001-13

SALARY RANGE: 77,353 to 100,554 USD

OPEN PERIOD: **February 3, 2006 to February 17, 2006**

SERIES & GRADE: GS-1001-13

POSITION INFORMATION: Full Time Career Conditional

DUTY LOCATIONS: 1 vacancy – Washington, DC

**WHO MAY BE CONSIDERED:** All Qualified Applicants

**NOTE:** Budgetary conditions and/or a Reduction in Force may delay or otherwise affect filling this vacancy. However, all interested candidates should apply now.

## BACKGROUND:

The Broadcasting Board of Governors consists of the Voice of America and Radio and TV Marti along with other international broadcasters operating on grants. The VOA and other services broadcast news and information to millions of people throughout the world in more than 50 languages, via radio, television and the Internet. Our diverse, multicultural and dedicated professional staff correspondent bureaus, transmission stations and marketing offices around the world in addition to our main studios in Washington, D.C. and Miami, Florida.

## MAJOR DUTIES:

Incumbent serves as a multi-media Senior Editor, responsible for the Website TV and radio programming in the French to Africa Service of the Africa Division. The Service broadcasts programs consisting of news, news analysis, interviews, features, correspondent reports, backgrounders, live coverage, etc five days a week, three and a half hours a day. Incumbent provides a variety of writing, adapting, and editing functions for all Service programming – often deciding specific content of programs, suitability for target audience as well as accuracy and quality of program material. Incumbent is also responsible for editing, hosting and coordinating production of material going on radio, TV and the website.

## QUALIFICATIONS REQUIRED:

Applicants must meet the following basic requirements:

1 year of experience equivalent to the next lower grade level.

Specialized Experience: Experience which is directly related to the position to be filled and which has equipped the candidate with the particular knowledge, skills and abilities to successfully perform the duties of the position.

Screen out-factor: Fluency in French and English with demonstrated skill in using French effectively to perform the duties of the position.

**HOW YOU WILL BE EVALUATED:** If you meet the basic qualification requirements for the position, you will be further evaluated based on your possession of the Knowledge, Skill, and Ability factors listed on the Vacancy Announcement. Submission of KSA statements is ***highly encouraged*** to ensure that you relevant education and experience background is clearly presented. If you do not submit KSA statements, your possession of these factors will be assessed on the basis of what you do submit. Failure to submit KSA statements may place you at a competitive disadvantage compared to applicants who do submit such statements.

**DIRECTIONS FOR COMPLETING KSA STATEMENTS:** Consider what in your education and experience background best reflects your possession of each knowledge, skill, and ability (KSA). For each KSA, provide a clear, concise statement demonstrating your possession of the KSA as it relates to the position for which you are applying. Your statements should illustrate the degree to which your background has equipped you with each KSA, reflecting the scope and depth of your knowledge, skill, or ability and your level of responsibility. You may refer to paid or volunteer work, education or training, or any other applicable experience.

**KNOWLEDGE, SKILLS, AND ABILITY FACTORS:** Relative numerical values equate to a total of 30 points.

1. Proven ability to write balanced, objective radio, television and Internet scripts on news events and feature topics that appeal to, educate, explain, and provide context to international audiences. (5)

2. Broad Knowledge of the principles, practices, and procedures of journalistic writing and editing for radio, TV and Internet. (5)

3. Knowledge of world affairs and U.S. foreign policy, as well as contemporary political, economic, cultural, and social developments and trends in the U.S. (5)

4. Skill in establishing and maintaining effective and respectful working relationships with team members, colleagues in multi-media elements of VOA, and groups or individuals providing information or interviews for programs or program segments. (5)

5. Demonstrated experience in writing/editing for a foreign audience. (5)

6. Knowledge of international radio broadcast, TV and Internet techniques and practices. (5)

## BENEFITS:

The Federal government offers a number of exceptional benefits to its employees. The following Web addresses are provided for your reference to explore the major benefits offered to most Federal employees.

**Flexible Spending Accounts -** The Federal Flexible Spending Accounts Program (FSAFeds) allows you to pay for certain health and dependent care expenses with pre-tax dollars. For additional information visit: https://www.fsafeds.com/fsafeds/index.asp

**Health Insurance -** The Federal Employees Health Benefits Program offers over 100 optional plans. For additional information visit: http://www.opm.gov/insure/health/index.asp

**Leave -** Most Federal employees earn both annual and sick leave. For additional information visit: http://www.opm.gov/oca/leave/index.asp

**Life Insurance -** The Federal Employees' Group Life Insurance Program (FEGLI) offers: Basic Life Insurance plus three types of optional insurance, for additional information visit: http://www.opm.gov/insure/life/index.asp

**Long Term Care Insurance -** The Federal Long Term Care Insurance Program (FLTCIP) provides long term care insurance for Federal employees and their parents, parents-in-law, stepparents, spouses, and adult children. For additional information visit: http://www.ltcfeds.com/

**Retirement Program -** Almost all new employees are automatically covered by the Federal Employees Retirement System (FERS). FERS is a three-tiered retirement plan. The three tiers are: Social Security Benefits, Basic Benefit Plan, and Thrift Savings Plan. For additional information visit: http://www.opm.gov/retire/index.asp

This link provides and overview of the benefits currently offered to Federal employees. http://www.usajobs.opm.gov/ei61.asp

**KEY REQUIREMENTS:**

- Relocation Expenses **will NOT be** paid.
- Status candidates MUST meet time-in-grade requirements within 30 days after the closing date of this announcement.
- Willingness to work nights, weekends, holidays is required.

**VETERANS PREFERENCE:** Five points may be added to the eligible ratings of veterans who: Entered the military service prior to October 14, 1976; served on active duty during the Gulf War between August 2, 1990 and January 2, 1992, regardless of where the person served; or, served in a military action for which they received a campaign badge or expeditionary medal. Medal holders and Gulf War veterans must have served continuously for at least 24 months or the full period for which called or ordered to active duty. Ten points may be granted to the eligible ratings of disabled veterans; Purple Heart recipients; spouses or mothers of a 100 percent disabled veteran; or the widows, widowers, or mothers of a deceased veteran.

**OTHER INFORMATION:**

1. **If you are an eligible Interagency Career Transition Assistance Program (ICTAP) applicant you may apply for special selection over other candidates for this position.** To be well qualified and exercise selection priority for this vacancy, displaced Federal employees must be rated at 85 or above on the rating criteria for this position. ICTAP eligibles must submit one of the following as proof of eligibility for the special selection priority: a separation notice; a "Notice of Personnel Action" (SF-50) documenting separation; an agency certification that you cannot be placed after injury compensation has been terminated; an OPM notification that your disability annuity has been terminated; OR a Military Department or National Guard Bureau notification that you are retired under 5 U.S.C. 8337(h) or 8456.

2. **If you are a current career or career-conditional Federal employee or former Federal employee who has reinstatement eligibility,** you must submit a copy of your latest SF-50 "Notification of Personnel Action" and/or a copy of the SF-50 that reflects career or career-conditional tenure, or you will not be considered under the merit promotion process. Also, you should submit your most recent performance appraisal.

3. **If you are a veteran with preference eligibility and you are claiming 5-point veterans' preference,** you must attach a copy of your DD-214 or other proof of eligibility. **If you are claiming 10-point veterans' preference,** you must attach an SF-15, "Application for 10-Point Veterans' Preference" plus the proof required by that form.

4. **If you are a male applicant** who was born after 12/31/59 and are required to register under the Military Selective Service Act, the Defense Authorization Act of 1986 requires that you be registered or you are not eligible for appointment in this agency.

5. **You can apply for a non-competitive appointment if you meet the basic eligibility requirements and you are eligible for special appointment** such as those authorized for the severely disabled; certain Vietnam era and disabled veterans; returned volunteers from the Peace Corps or Vista, etc. Please indicate the type of special appointment you are seeking, if any, on your application and follow all other instructions for applying shown in this announcement.

6. **All qualification requirements must be met within 30 days of the closing date of this announcement.** Additional information on the qualification requirements is outlined in the OPM Qualifications Standards Handbook of General Schedule Positions. It is available for your review in our office, in other Federal agency personnel offices, and on OPM's web site at http://www.opm.gov/qualifications .

7. **REASONABLE ACCOMMODATIONS** are provided to applicants with disabilities. If you need reasonable accommodations for any part of the application and hiring process, please notify the Agency. The decision on granting reasonable accommodations will be on a case-by-case basis.

8. **Candidates** who wish to be considered under both the merit promotion process and the competitive process (DEU) need to submit two complete application packages.

9. **Status candidates MUST** clearly indicate on their application package whether they want to be considered under the provisions of the Merit Promotion Program or the Delegated Examining Unit. **If you DO NOT indicate a preference, your application will only be considered under the Merit Promotion Program.** You may wish to be considered under both procedures in which case **you MUST submit TWO complete application packages.**

**HOW TO APPLY:**

DO NOT ATTACH ANY ADDITIONAL FORMS WHICH ARE NOT REQUESTED IN THIS ANNOUNCEMENT.

**To submit the documents requested, follow the instructions below: Your resume, curriculum vitae, the Optional Application for Federal Employment (OF 612), or any other written format you choose to describe your job-related qualifications can be submitted by fax, mail or by hand-deliver. Please ensure that your resume contains your full name, address, phone and at least your last four digits of your social security number.**

**Instructions on submitting resume and supporting documents in hard copy via fax or by mail:**

**If you fax your documentation you must use a cover page.** The information contained on the cover page should match the information you provided to the occupational questionnaire. The Vacancy ID number M/P-06-27, your Name, and SSN should be written accurately and neatly. If the information is inaccurate or incomplete it will delay the processing of your application or you may not receive consideration for this position.

You can mail or hand deliver your application materials to the address below:

International Broadcasting Bureau
330 Independence Avenue SW
ATTN Office of Human Resources
Room 1543 Cohen Building
Washington, DC 20237
Attention: **M/HO – Janice Albritton-Pollock**

REQUIRED DOCUMENTS: Failure to submit all required documents will result in your application not being considered.

- **Resume**
- **Veterans Preference documentation**
- **Notification of Personnel Action (SF-50) for non-BBG employees.**

**AGENCY CONTACT INFO:**

**Janice Albritton-Pollock**
Phone: (202)619-3117
Fax: (202) 401-0557 or (202) 205-8427
**Internet: jalbritt@ibb.gov**

Or write to:
International Broadcasting Bureau
Office of Human Resources, Room 1543
ATTN: Janice Albritton-Pollock
330 Independence Avenue SW
Washington, DC 20237
USA

**WHAT TO EXPECT:**
After a review of your complete application is made you will be notified of your rating and/or referral to the hiring official. If further evaluation or interviews are required, you will be contacted.