**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAMILLE GROSDIDIER,** | ) | **Case No. 06-622C** |
| **Personally and as class representative** | ) | |
| | ) | **Judge George Miller** |
| **Plaintiffs** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME IN WHICH TO OPPOSE THE DEFENDANT'S MOTION TO DISMISS**

The Plaintiff, by and through her undersigned counsel, hereby respectfully moves the Court for a twenty-six (26) day extension of time in which to file her Opposition to the Defendant's Motion to Dismiss (filed December13, 2006).

This is the Plaintiff's first Motion for an Extension of time with regard to this matter, and the extension is required because the undersigned will be on a long-planned vacation out of the country between the evening of December 15, 2006 and Monday, January 8, 2007. If the extension is granted, the Plaintiff's Opposition to the Motion to Dismiss will be due on January 22, 2006.

The undersigned has sought and received the consent of opposing counsel, Leslie Ohta, for this extension of time.

Respectfully Submitted
ALDERMAN & DEVORSETZ, PLLC

s/Leslie D. Alderman III
1025 Connecticut Ave., NW Suite 1000
Washington, D.C. 20036
Tel. 202-969-8220
Fax 202-969-8224