**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAMILLE GROSDIDIER,** | ) | **Case No. 06-622C** |
| **Personally and as class representative** | ) | |
| **Plaintiffs** | ) | **Judge George Miller** |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**ORDER**

The Plaintiff's Consent Motion for an Extension of time in which to file her Opposition to the Defendant's Motion to Dismiss, through and including January 22, 2007 is hereby granted.

The Plaintiff shall file her Opposition to the Defendant's Motion to Dismiss by no later than January 22, 2007.

It is so ordered this day, ___________________________.

_____________________________________
Judge George Miller