**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CAMILLE GROSDIDIER,** | ) | **Case No. 06-622C** |
| **Personally and as class representative** | ) | |
| | ) | **Judge George W. Miller** |
| **Plaintiffs** | ) | |
| **v.** | ) | |
| **THE UNITED STATES OF AMERICA** | ) | |
| **Defendant** | ) | |

**ORDER**

In consideration of the Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and the Plaintiff's Opposition thereto, it is hereby Ordered that the Defendant's Motion is Denied in whole.

It is so Ordered this day ____________________________.

by ________________________________
Judge George W. Miller