IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CAMILLE GROSDIDIER, | ) | |
| | ) | |
| Personally and as class representative, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-622C |
| v. | ) | (Judge George W. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 29 days, to and including March 9, 2007, within which to reply to plaintiff's opposition to our motion to dismiss. Our response is currently due on February 8, 2007. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not oppose the granting of this motion.

The United States requests this enlargement of time because, since the filing of plaintiff's opposition to our motion to dismiss on January 22, 2007, Government counsel prepared and argued a motion to remand in Emerald Coast Finest Produce v. United States, 06-742C, a bid protest case; prepared and filed Joint Preliminary Status Reports in Nelson Construction v. United States, 05-1205C, and in Armour of America v. United States, 04-1731C; prepared for, and tried Manhattan Construction Company v. United States, 05-376C; and prepared for and argued the appeal in Potter v DVA, 2006-7308. In addition, in connection with Environmental Tectonics, Inc., v. United States, 05-746C, Government counsel will be on a site visit on

February 8 and 9, 2007, and will be taking and defending depositions on February 13, 14, 15, and 16, 2007; will be taking and defending depositions in Lumbermens Mutual Casualty v. United States, 04-1255C, on February 21 and 22, 2007; and filing appeal briefs in Jandreau v. DVA, 2007-7029, and in Interspiro, Inc., v. United States, 2007-5019, on February 28, 2007.

Accordingly, we respectfully request the Court to enlarge the time to reply to plaintiff's opposition to our motion to dismiss to and including March 9, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

February 7, 2007

Attorneys for Defendant