# In the United States Court of Federal Claims

**No. 06-622 C**

**CAMILLE GROSDIDIER,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Published Opinion and Order, filed June 7, 2007, granting the Government's motion to dismiss under RCFC 12(b)(1),

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**June 8, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.